UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Richard J. Mein, | ) | Case No. 10-05129 |
| Debtor | ) | Judge Timothy A. Barnes |

NOTICE OF MOTION

TO:   JP Morgan Chase Bank – Service via US Post to 7255 Baymeadows Way, Mail Stop JAXB2007, Jacksonville, FL 32256
Richard J. Mein – Service via US Post to 12 Wilson Ct., Park Forest, IL 60466
Heather M. Giannino – Service via CM/ECF
Marilyn O. Marchall – Service via CM/ECF
Patrick S. Layng – Service via CM/ECF

PLEASE TAKE NOTICE that on February 23, 2015 at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Timothy A. Barnes**, Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 613 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Debtor's Motion, at which time and place you may appear, if you so see fit.

BY:/s/ E. Philip Groben
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL  60602
312/368-0300

STATE OF ILLINOIS   )
                    ) ss
COUNTY OF COOK   )

E. Philip Groben, being first duly sworn on oath, deposes and states that he served copy of the foregoing Notice together with a copy of the Motion attached thereto to the persons shown above, by either service through CM/ECF or by USPS First Class Mail, on February 9, 2015.

/s/ E. Philip Groben

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Richard J. Mein, | ) | Case No. 10-05129 |
| Debtor | ) | Judge Timothy A. Barnes |

### MOTION TO DETERMINE FINAL CURE AND PAYMENT PER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1(h)

NOW COMES Richard J. Mein, ("Debtor"), by and through his attorneys, Cohen & Krol, and present this motion to determine final cure and payment per federal rule of bankruptcy procedure 3002.1(h), and respectfully represents as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. The Debtor filed his voluntary petition under Chapter 13 on February 10, 2010. On March 10, 2010 this Court entered an order confirming the Debtor's Chapter 13 plan of reorganization.

3. The confirmed chapter 13 plan, paragraph E.5.b. included mortgage arrears payments to JPMorgan Chase Bank, N.A. ("Chase") in the amount of $1,354.89 without interest. Debtor was to make monthly direct payments to Chase in the amount of $1,289.99 per plan paragraph C.

4. On January 7, 2015 the Trustee filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1 (the "Notice"), a copy of which is attached hereto as **Exhibit A**.

5. On January 23, 2015 Chase filed its response to the Notice in which it admits the arrearage claim has been paid in full, however it disputes that the Debtor has made all necessary post petition payments and that the account is due for December 2014. A copy of the response is attached hereto as **Exhibit B**.

6. Debtor's motion is timely brought per Federal Rule of Bankruptcy Procedure 3002.1(h).

7. The Debtor provided counsel with proof of the December 2014 and January 2015 payments and contends he is current with his post-petition mortgage obligations to Chase. The Debtor completed all scheduled payments of his Chapter 13 plan of reorganization, and the above captioned proceeding is nearing completion.

8. The Response to the Chapter 13 Trustee's Notice of Final Cure Payment filed on January 23, 2015 is incorrect.

WHEREFORE, Debtor Richard J. Mein requests this Court enter an order determining the Debtor is has cured all prepetition mortgage arrears owed to JPMorgan Chase Bank , N.A. and is current with post petition mortgage payments owed to JPMorgan Chase Bank , N.A., and for such other relief as this Court may deem just and proper.

Respectfully submitted,
Richard J. Mein, Debtors herein

BY: /s/ E. Philip Groben
One of their attorneys

Joseph E. Cohen
Gina B. Krol
E. Philip Groben
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL 60602
312-368-0300