# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

B15030013

| | |
|---|---|
| IN RE: | ] |
| | ] Case Number 10-05129 |
| **Richard J. Mein aka Dick Mein;** | ] |
| | ] CH 13 |
| | ] Judge Timothy A. Barnes |
| | ] |
| Debtor(s). | ] |

## NOTICE OF FILING

TO:  Richard J. Mein aka Dick Mein, 12 Wilson Court, Park Forest, IL 60466-1370
     E. Philip Groben, 105 W. Madison St., Suite 1100, Chicago, IL 60602
     Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604

PLEASE TAKE NOTICE THAT ON April 2, 2015, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division a Response to Debtor's Motion to Determine Final Cure. A copy of which is hereby served upon you.

/s/ Crystal V. Sava

## PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that he served a copy of this notice by first class mail, postage prepaid, on April 2, 2015

/s/ Brenda Moorehead

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Rd., Ste 120
Naperville, IL 60563-4947
630-453-6960    866-402-8661
630-428-4620 (fax)
Attorney No.  Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Richard J. Mein aka Dick Mein;

]   Case Number 10-05129
]   CH 13
]   Judge Timothy A. Barnes
]
]
]
]
]

**RESPONSE TO DEBTOR'S MOTION TO DETERMINE FINAL CURE**

NOW COMES Real Time Resolutions, Inc., by and through its attorneys, Anselmo Lindberg Oliver LLC, and for its response to debtor's motion to determine final cure states as follows:

1. The debtor filed a petition for relief under Chapter 13 on February 10, 2010.

2. Real Time Resolutions, Inc. (hereinafter "Real Time") holds a 2nd mortgage secured by a lien on debtor's real estate commonly known as 12 Wilson Court, Park Forest, IL 60466.

3. Real Time timely filed proof of claim #11 alleging total pre-petition mortgage arrears of $1,300.60, of which $710.00 was allowed pursuant to Section E(5)(b) of the confirmed Chapter 13 plan. Additionally, pursuant to Section C of the confirmed Chapter 13 plan, debtor was to make directly post-petition monthly payments to Real Time.

4. On January 7, 2015, the Trustee filed a Notice of Final Cure Payment alleging that Real Time's allowed secured claim of $710.00 was paid by the Trustee. *See,* Docket #66.

5. On January 26, 2015, Real Time filed its Response to Trustee's Notice of Final Cure Payment. Said Response agrees that Real Time was fully paid its allowed secured claim of $710.00. Further, said Response states that the account is post-petition due for the 6/25/13 payment and provides a breakdown of the post-petition payment default. A copy of the Response is attached hereto as **Exhibit A**.

6. Debtor's motion argues that debtor is current on the post-petition mortgage payments and alleges that debtor provided proofs of payments which would evidence the post-petition payments are current.

7. Counsel for Real Time has requested proof of the payments but has not received same.

8. Attached as **Exhibit B** is a copy of Real Time's post-petition Loan History Summary. Attached as **Exhibit C** is a copy of Real Time's post-petition Accounting Detail Report. As reflected in the attached post-petition account summaries, multiple payments were reversed, typically due to non-sufficient funds, and the last pre-discharge payment of $169.88 received on or about 1/19/15 was applied to the 5/25/13 payment.

9. Debtor has failed to provide proof of post-petition payments and his motion to determine final cure must be denied as unfounded.

WHEREFORE, Real Time Resolutions, Inc. requests that this Honorable Court deny debtor's motion to determine final cure, and for such further relief as this Honorable Court deems just.

                                            Real Time Resolutions, Inc.

                                            /s/ Crystal V. Sava
                                            One of its Attorneys

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Rd., Ste 120
Naperville, IL 60563-4947
630-453-6960    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**