UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | April 20, 2015 |
| Bankruptcy Case No. | 10 B 05129 | Adversary No. | |
| Title of Case | Richard J. Mein | | |

**Brief Statement of Motion:** Debtor's Motion to Determine Final Cure And Payment Per Federal Rule Of Bankruptcy Procedure 3002.1(h) (Real Time Resolutions Inc.)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated in open court, motion is denied without prejudice.

*[signed]*