UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Richard J. Mein, | ) | Case No. 10-05129 |
| Debtor | ) | Judge Timothy A. Barnes |

### NOTICE OF WITHDRAWAL

To:   Heather M. Giannino – Service via CM/ECF
      Marilyn O. Marshall – Service via CM/ECF

PLEASE TAKE NOTICE that the Motion to Determine Final Cure and Payment per Federal Rule of Bankruptcy Procedure 3002.1(h) (Docket No. 72) filed by the undersigned is hereby withdrawn.

                              Respectfully Submitted,
                              Richard J. Mein,
                                   Debtor herein

                              BY: /s/ E. Philip Groben
                              One of his Attorneys

Joseph E. Cohen
Gina B. Krol
E. Philip Groben
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL  60602
(312) 368-0300

CERTIFICATE OF SERVICE

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF COOK    )

E. PHILIP GROBEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice and the attached Motion on the parties listed above, electronically by CM/ECF or by USPS First Class Mail, on May 6, 2015.

                              /s/ E. Philip Groben